```
DANIEL J. BRODERICK, #89424
Federal Defender
RACHELLE BARBOUR, Bar #185395
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700


Attorney for Defendant
BETTY L. HUNTER
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. Cr. S. 09-009 FCD |
| | ) | |
| Plaintiff, | ) | |
| | ) | STIPULATION AND ORDER FOR RELEASE |
| v. | ) | OF DOCUMENTS FROM THE PROBATION |
| | ) | OFFICE |
| BETTY HUNTER, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| _____ | ) | Judge: Hon. Gregory G. Hollows |

    Defendant Hunter is currently facing a violation of probation in this case. Her original case is from the Eastern District of Wisconsin (Case number 05-0034-CWC) and is in the process of being transferred to our district. The probation officer has notified counsel that the sentencing judge has signed the order transferring the matter to our district for disposition. Defense counsel is attempting to arrange jail psychiatric services and post-discharge services for Ms. Hunter, who is currently in custody. She currently has no prior psychiatric

history for Ms. Hunter, but understands that the original probation report has information that would be helpful to the jail in arranging medication while Ms. Hunter is in custody.  The government has a copy of this probation report and would like to disclose it to the defense. Further, it is expected that the probation officer's file (which is en route from Wisconsin) will contain psychiatric or psychological records that would be helpful in arranging services for Ms. Hunter.

The defense, the government, and the probation office request that this Court issue an order pursuant to Local Rule Crim 32-461(b) authorizing the government and probation office to provide Ms. Hunter's PSR and psychiatric records to the defense.  That rule provides that "[a]ny applicant seeking an order authorizing further disclosure of confidential records maintained by the probation office shall file a written petition to the Court establishing with particularity the need for specific information in the records."

The documents sought by the defense are Ms. Hunter's own records: her probation report from the Eastern District of Wisconsin and any psychiatric records in the probation file.  Ms. Hunter also seeks to disclose these records to Jail Psychiatric Services so that they can arrange for psychiatric treatment while at the jail and consider her for discharge placement into a psychiatric program.  The parties request that the Court issue the attached order.

Dated: January 8, 2009

Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

/s/ Rachelle Barbour
_____
RACHELLE BARBOUR
Assistant Federal Defender

Stipulation/Order
for Probation Records                    -2-

PDF created with pdfFactory trial version www.pdffactory.com

```
                                    Attorney for Defendant
                                    BETTY HUNTER
```

ORDER

Although this document is entitled "Stipulation," no signatures of two of the stipulating parties appear. Nevertheless, the court will accept the representation of the signatory counsel that the United states and the Probation Office have no objection to release of the requested probation report.

The probation office and the government are hereby authorized to release Ms. Hunter's PSR as well as any psychiatric or psychological records in the probation file to defense counsel. Defense counsel may, with Ms. Hunter's consent, release or provide psychiatric or psychological information obtained under this order to Jail Psychiatric Services in order to facilitate Ms. Hunter's care and to allow them to consider her for discharge programs.

Date:  January 12, 2009

```
                              /s/ Gregory G. Hollows
                              _____
                              HON. GREGORY G. HOLLOWS
```

hunter.ord

Stipulation/Order
for Probation Records            -3-

PDF created with pdfFactory trial version www.pdffactory.com