1
2
3
4
5
6
7

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

       Plaintiff,

   vs.

BETTY L. HUNTER,

       Defendant.
_____/

CR. S-09-00009 FCD

ORDER FOR RELEASE OF PERSON IN CUSTODY

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release BETTY L. HUNTER, Case No. CR. S-09-00009 FCD, Charge 18 U.S.C. 3606, from custody for the following reasons:

  _X_  Release on Personal Recognizance

  ___  Bail Posted in the Sum of $ [ ]

      ___  Unsecured Appearance Bond

      ___  Appearance Bond with 10% Deposit

      ___  Appearance Bond with Surety

___ Corporate Surety Bail Bond

_X_ (Other) [Defendant is to be released on **Thursday, January 22, 2009 as close to 9:00 a.m. as possible** in order for defendant to arrange for mental health and housing services.]

Issued at Sacramento, CA on January 21, 2009, at 10:05 a.m.

Dated: January 21, 2009

FRANK C. DAMRELL JR.
UNITED STATES DISTRICT JUDGE

HUNTER, BETTY Order release TSR violation.wpd           2