DANIEL J. BRODERICK, Bar #89424
Federal Defender
RACHELLE BARBOUR, Bar #185395
Assistant Federal Defender
801 I Street, 3RD Floor
Sacramento, California  95814
Telephone (916) 498-5700

Attorney for Defendant
BETTY L. HUNTER

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR.S. 09-0009-FCD |
| | ) | |
| Plaintiff, | ) | **STIPULATION AND ORDER** |
| | ) | **DISMISSING PETITION** |
| V. | ) | |
| | ) | |
| BETTY L. HUNTER, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |

Ms. Hunter was released on January 22, 2009 and has been placed in community mental health services and lodging.  The probation officer seeks to dismiss the previously-filed petition in this matter, the government has no objection, and the defendant desires to withdraw the motion to dismiss as moot in light of the Probation Office's voluntary dismissal.  Thus the parties ask the Court to dismiss this matter, finding that Ms. Hunter's period of probation is discharged, and

//

//

turning the balance of restitution, $60,786.17, to the U.S. Attorney's Office for collection.

                                        Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

/s/ Rachelle Barbour

_____
RACHELLE BARBOUR
Staff Attorney
Attorney for Defendant


LAWRENCE G. BROWN
Acting United States Attorney

/s/ Jean Hobler
JEAN M. HOBLER
Assistant U.S. Attorney


**ORDER**

    Pursuant to the stipulation, the Probation Office's withdrawal of the petition in this matter, and good cause appearing therefore, the Court ORDERS:

    This matter is dismissed pursuant to the Probation Office's request;

    Defendant's motion to dismiss is moot;

    The balance of restitution, $60,768.17, is turned over to the U.S. Attorney's Office for collection; and

    The status conference set for February 2, 2009, is vacated.

Dated: January 22, 2009

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE